

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN BANKS
*Corporation Counsel*

KEVIN RIZZO
Assistant Corporation Counsel
kevrizzo@law.nyc.gov
Phone: (212) 356-0427

**VIA ECF**                                                      August 12, 2026
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York

      RE:    <u>Pamela Greitzer, et al. v. The City of New York, et al.</u>, 26-CV-05873 (ER) (RWL)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and attorney for Defendant City of New York, the New York City Department of Transportation ("DOT"), and Mike Flynn as Commissioner of DOT (collectively, "Defendants") in the above-referenced action. I write to respectfully request a one-week extension of time for Defendants to respond to the Complaint, from August 13, 2026, to August 20, 2026.

      This additional time is needed for Defendants to evaluate and appropriately respond to the claims raised in the complaint.

      This is the first request for an extension of time. Counsel for Plaintiffs consents to this request. As the proposed new date does not affect any other previously scheduled date, I request that the Court approve such extension. Thank you for your consideration.

The request is granted.  Defendants' deadline to respond to the Complaint is extended to August 20, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 13, 2026
New York, New York

Respectfully submitted,

/s/

Kevin Rizzo
Assistant Corporation Counsel

cc: Counsel for Plaintiffs (via ECF)